IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION, § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> WILLIAM B. BARREE, § <br> DEFENDANT. § | CIVIL CASE NO. 3:21-CV-2823-M-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Because Plaintiff is entitled to an award of attorneys' fees pursuant to the terms of the Note, Plaintiff shall file a motion for attorneys' fees with supporting documentation within 30 days of the date of this order.

SO ORDERED this 10th day of August, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE